## HASTINGS *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[App. No. 73, September Term, 1962.]

*Decided April 5, 1963.*

Before HENDERSON, HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

626

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of the court below.